UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST RODNEY TRUMAN, III, | ) | NO. EDCV 06-0677-SGL(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| G. J. GIURBINO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 10-3-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE